UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RODNEY LIONEL BRADY,

       Plaintiff,

                                        Case No.: 1:11-cv-285

v.

                                        HONORABLE PAUL L. MALONEY

ROGER GERLACH, M.D.,

       Defendant.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**REPORT AND RECOMMENDATION**

       The Court has reviewed the Report and Recommendation filed by United States Magistrate

Judge Joseph G. Scoville in this action (ECF No. 29).  The Report and Recommendation was duly

served on the parties.  No objections have been filed.

       ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the

Court.

       **THEREFORE, IT IS ORDERED** that plaintiff's request for injunctive relief is

DISMISSED AS MOOT for the reasons stated in the Report and Recommendation.

       **IT IS FURTHER ORDERED** that defendant's motion for summary judgment (ECF No.

24) is GRANTED for the reasons stated in the Report and Recommendation.

Dated:  September 21, 2012              /s/ Paul L. Maloney_____
                                     Paul L. Maloney
                                     Chief United States District Judge