UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RODNEY LIONEL BRADY,

       Plaintiff,

v.                                     Case No.: 1:11-cv-285

ROGER GERLACH, M.D.,         HONORABLE PAUL L. MALONEY

       Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Joseph G. Scoville in this action (ECF No. 29). The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that plaintiff's request for injunctive relief is DISMISSED AS MOOT for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that defendant's motion for summary judgment (ECF No. 24) is GRANTED for the reasons stated in the Report and Recommendation.

Dated: September 21, 2012               /s/ Paul L. Maloney
                                                       Paul L. Maloney
                                                         Chief United States District Judge