UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RODNEY LIONEL BRADY,

    Plaintiff,

v.

    Case No. 1:11-cv-285

    HONORABLE PAUL L. MALONEY

ROGER GERLACH, M.D.,

    Defendant,
_____/

**JUDGMENT**

Pursuant to Fed.R.Civ.P. 58, **JUDGMENT** is hereby entered in favor of defendant on all of plaintiff's claims for damages.


Date:  September 21, 2012        /s/ Paul L. Maloney
      Paul L. Maloney
      Chief United States District